**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| CADLES OF GRASSY MEADOWS, II, LLC, SUBSTITUTED PLAINTIFF TO BROWN BARK I, L.P., ASSIGNEE OF SOVEREIGN BANK,  SUCCESSOR BY MERGER TO MAIN STREET BANK, | : : : : : | No. 839 MAL 2018<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| Respondent | : | |
| | : : : : : : : : | |
| v. | : : : : | |
| BET SHAVEI-TZION A/K/A BET SHAVEI-TZION, INTERNATIONAL AND/OR BET SHAVEI-TZION, LTD., INTERNATIONAL, | : : : | |
| Petitioner | : : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.